# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 21-1276V
UNPUBLISHED

| | |
|---|---|
| ISAIAH GUY,<br><br>                   Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                   Respondent. | Chief Special Master Corcoran<br><br>Filed: April 12, 2023<br><br>Special Processing Unit (SPU);<br>Ruling on Entitlement; Concession;<br>Table Injury; Influenza (Flu) Vaccine;<br>Shoulder Injury Related to Vaccine<br>Administration (SIRVA) |

*Jerome A. Konkel, Samster, Konkel & Safran, S.C.,* Milwaukee, WI, *for Petitioner.*

*Jennifer A. Shah,* U.S. Department of Justice, Washington, DC, *for Respondent.*

## **RULING ON ENTITLEMENT**[1]

On April 23, 2021, Isaiah Guy filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered a shoulder injury related to vaccine administration (SIRVA) resulting from an influenza (flu) vaccine he received on October 17, 2019. Petition at 1, 7. Petitioner further alleges that he received the vaccination within the United States, he experienced symptoms in excess of six months, and that he has not received any compensation in the form of an award or settlement, nor has he filed a civil action for his vaccine-related injuries. Petition at 7. The case was assigned to the Special Processing Unit of the Office of Special Masters.

---

[1] Because this unpublished Ruling contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

On February 8, 2023, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent determined that Petitioner has satisfied the criteria set forth in the Table and the Qualifications and Aids to Interpretation for SIRVA. *Id.* at 6. Respondent further agrees that this case was timely filed, that Petitioner received his vaccination in the United States, he suffered the residual effects or complications of his injury for more than six months after vaccine administration, and that there is no evidence of a factor unrelated that is a more likely cause of Petitioner's injury. *Id.* at 7.

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

IT IS SO ORDERED.

<u>s/Brian H. Corcoran</u>
Brian H. Corcoran
Chief Special Master